UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
**BEFORE: CAROL BAGLEY AMON, U.S.D.J.**

DATED: 10/31/23    TIME: 11:00am (30mins)

CRIMINAL CAUSE FOR: Status Conference

DOCKET #: CR17-00115

DEFENDANT: Edgar Veytia-c    ATTORNEY: Alexei M. Schacht, Esq.

DEFENDANT:    ATTORNEY:

DEFENDANT:    ATTORNEY:

ASSISTANT U.S. ATTORNEY: Ryan C Harris & Craig R. Heeren

COURT REPORTER: Nicole Sesta

INTERPRETER:

PROBATION OFFICER:

PRETRIAL OFFICERS:    DEPUTY: T. Campbell

Conference held.
Re-sentencing schedule set: Government papers are due by 3/13/24; Defense papers due by 3/20/24; and Re-sentencing is set for 3/27/23 at 10AM.